UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

BALJIT SINGH,

    Plaintiff,

vs.

AGUILERA NICOLAS, et al.,

    Defendants.

No. 2:18-cv-1852 KJM KJN P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    Baljit Singh, detainee #069604-7, a necessary and material witness in proceedings in this case on March 19, 2019, is confined in Atascadero State Hospital, in the custody of the Warden/Director; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Allison Claire, to appear by video-conferencing at Atascadero State Hospital, March 19, 2019, at 9:00 a.m.

    ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden/Director to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

    3. The Clerk of the Court is directed to serve a copy by fax on the Litigation Coordinator at Atascadero State Hospital, (805) 468-3123.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden/Director of Atascadero State Hospital, P. O. Box 7001, Atascadero, California 93423-7001:**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: January 17, 2019

                                          _/s/ Kendall J. Newman_
                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE

/kly
sing1852.841.vc