UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BALJIT SINGH,

    Plaintiff,

v.

AGUILERA NICOLAS, et al.,

    Defendants.

No. 2: 18-cv-1852 KJM KJN P

ORDER

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. A settlement conference is set for March 19, 2019 before Magistrate Judge Claire. On February 5, 2019, defendant Austin filed a request to opt-out of the settlement conference. (ECF No. 29.) Good cause appearing, the request to opt-out of the settlement conference is granted and the settlement conference is vacated.

Accordingly, IT IS HEREBY ORDERED that:

1. The March 19, 2019 settlement conference before Magistrate Judge Claire is vacated;

2. The writ of ad testificandum filed January 18, 2019 directing the Warden of Atascadero State Hospital to produce plaintiff for the settlement conference, via video-conference, is vacated;

3. The Clerk of the Court is directed to serve a copy of this order by fax on the Litigation Coordinator at Atascadero State Hospital, (805) 468-3123;

1

4. The Clerk of the Court is directed to serve a copy of this order by fax on the Litigation Coordinator at the California Medical Facility, (707) 469-6006.

Dated: February 21, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Sing1852.vac

2